In re:  Grassy Creek Holding Company, LLC
Bankruptcy Case No. 08-25330 ABC

Harvey Sender, Plaintiff v. Weroco, LLC, Defendant
Adversary Proceeding No. 10-1132 ABC

### CERTIFICATE OF SERVICE

     I, Lorri K. Parker, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of the summons and a copy of the Complaint was made January 27, 2010 by:

- ■ Mail service:  United States Mail, first class, postage fully pre-paid; and via Certified Mail, Return Receipt Requested, addressed to:

Weroco, LLC
P.O. Box 575
Hayden, CO  81639


- ☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

   01/27/09                                         /s/ Lorri K. Parker
       Date                                                   Signature

| | |
|---|---|
| Print Name | Lorri K. Parker |
| Business Address | 600 17th Street, Suite 1800 South |
| City, State, Zip | Denver, CO 80202 |