UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GRASSY CREEK HOLDING COMPANY, LLC,<br><br>Debtor. | Case No. 08-25330 ABC<br><br>Chapter 7 |
| HARVEY SENDER, as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>WEROCO, LLC,<br><br>Defendant. | Adv. Proc. No. 10-01132 ABC |

## ORDER GRANTING MOTION TO PERFECT SERVICE BY PUBLICATION PURSUANT TO FED.R.BANKR.P. 7004(c)

THIS MATTER is before the Court on the Trustee's Motion to Perfect Service by Publication Pursuant to Fed.R.Bank.P. 7004(c) (the "Motion"). The Court has reviewed the Motion and the file, and being otherwise advised finds cause exists to approve the Motion.

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted and approved in all respects; and it is

FURTHER ORDERED the Trustee is permitted to perfect service of process on the Defendant by publication ~~pursuant to Fed.R.Bankr.P. 7004(c) in the form and manner set forth in the Motion.~~ , one time in the Steamboat Pilot, of a notice in the form**

Dated this __1__ day of __April__, 2010.

BY THE COURT:

_____
Hon. A. Bruce Campbell
United States Bankruptcy Judge

**attached hereto as Exhibit A.

Doc# 3182721\1

EXHIBIT A

# U.S. Bankruptcy Court
## District of Colorado

In re:

Bankruptcy Case No. 08-25330-ABC

**GRASSY CREEK HOLDING COMPANY, LLC**

Debtor

Adversary Proceeding No. 10-01132-ABC

**HARVEY SENDER**

Plaintiff

v.

**WEROCO, LLC**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

TO DEFENDANT WEROCO, LLC:

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
District of Colorado
721 19th St.
Denver, CO 80202-2508

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Harold G. Morris, Jr.
600 17th St.
Ste. 1800 South
Denver, CO 80202-5421

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:
01/27/2010