## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> GRASSY CREEK HOLDING COMPANY, LLC, ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) <br> ) <br> HARVEY SENDER, as Chapter 7 Trustee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEROCO, LLC, ) <br> ) <br> Defendant. ) | Case No. 08-25330 ABC <br><br> Chapter 7 <br><br><br><br><br> Adv. Proc. No. 10-01132 ABC |

### CERTIFICATE OF PUBLICATION

Harvey Sender, as Chapter 7 Trustee for the bankruptcy estate of Grassy Creek Holding Company, LLC, for his Certificate of Publication, states:

1. On April 1, 2010, this Court entered its Order Granting Motion to Perfect Service by Publication Pursuant to Fed.R.Bankr.P. 7004(c), permitting the Trustee to perfect service of process on the Defendant by publication of the Summons one time in the Steamboat Pilot.

2. The Summons was published in the Steamboat Pilot on April 11, 2010. The Steamboat Pilot Affidavit of Publication, dated April 12, 2010, is attached as **Exhibit A**.

Dated this 18th day of May 2010.

**LINDQUIST & VENNUM** P.L.L.P.

By: __/s/ Harold G. Morris, Jr.__
Harold G. Morris, Jr., #8409
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
Email: hmorris@lindquist.com

Counsel for Harvey Sender, Chapter 7 Trustee

Doc# 3239313\1

# EXHIBIT A

AFFIDAVIT OF PUBLICATION
STEAMBOAT PILOT & TODAY

**STATE OF COLORADO**
**COUNTY OF ROUTT**

I, **Jennifer Gibbon**, do solemnly swear that I am Assistant Bookkeeper of the Steamboat Pilot & Today that the same is a daily newspaper printed, in whole or in part, and published in the County of Routt, State of Colorado, and has a general circulation therein; that said newspaper has been published continuously and uninterruptedly in said County of Routt for a period of more than fifty-two weeks prior to the first publication of the annexed legal notice or advertisement; that said newspaper has been admitted to the United States mails as second-class matter under the provisions of the Act of March 3, 1879, or any amendments thereof, and that said newspaper is a daily newspaper duly qualified for publishing legal notices and advertisements within the meaning of the laws of the State of Colorado. That the annexed legal notice or advertisement was published in the regular and entire issue of every number of said daily newspaper for the period of **One** consecutive insertions; and that the first publication of said notice was in the issue of said newspaper dated **April 11th** A.D., 2010, and that the last publication of said notice was in the issue of said newspaper dated **April 11th** A.D., 2010. In witness where of I have hereunto set my hand this **12th** day of **April** A.D., 2010.

_Jennifer Gibbon_
Jennifer Gibbon

Subscribed and sworn to before me, a Notary Public in and for the County of Routt, State of Colorado the **12th** day of **April** A.D., 2010.

_Holly Hunter_
Holly Hunter
(Notary Public)
**My Commission expires August 19, 2013.**

U.S. Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re<br><br>GRASSY CREEK HOLDING COMPANY, LLC<br><br>          Debtor<br><br>HARVEY SENDER<br><br>          Plaintiff,<br><br>v.<br><br>WEROCO, LLC<br><br>          Defendant. | Bankruptcy Case No. 08-25330-ABC<br><br><br><br><br>Adversary Proceeding No. 10-01132-ABC |

### SUMMONS IN AN ADVERSARY PROCEEDING

TO DEFENDANT WEROCO, LLC:

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of the Clerk:

    Clerk, U.S. Bankruptcy Court
    District of Colorado
    721 19th St.
    Denver, CO 80202-2508

At the same time, you must also serve a copy of the motion or answer on the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
    Harold G. Morris, Jr.
    600 17th Street
    Ste. 1800 South
    Denver, CO 80202-5421

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
1/27/2010