# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> GRASSY CREEK HOLDING COMPANY, LLC, ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> HARVEY SENDER, as Chapter 7 Trustee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEROCO, LLC, ) <br> ) <br> Defendant. ) | Case No. 08-25330 ABC <br><br> Chapter 7 <br><br><br><br><br> Adv. Proc. No. 10-01132 ABC |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT
## AND DEFAULT JUDGMENT

THIS MATTER is before the Court on the Motion for Entry of Default and Default Judgment (the "Motion") filed by the Plaintiff, Harvey Sender, Chapter 7 Trustee of the bankruptcy estate of Grassy Creek Holding Company, LLC. The Court has reviewed the Motion and the file and is otherwise advised:

IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant Weroco, LLC, is defaulted for failure to appear or otherwise defend under Fed.R.Civ.P. 55(a), as applicable through Fed.R.Bankr.P. 7055; and

IT IS FURTHER ORDERED that a separate default judgment shall enter in favor of the Trustee and against Defendant Weroco, LLC, avoiding the oil and gas lease transferred by the Debtor to the Defendant by instrument dated September 21, 2008, and recorded in the real estate records of Routt County, Colorado, on April 27, 2009 at Reception #686321, pursuant to 11 U.S.C. §§ 544(a) and recovering and preserving that oil and gas lease for the benefit of the bankruptcy estate pursuant to 11 U.S.C. §§ 550 and 551.

Dated this 15th day of June, 2010.

BY THE COURT:

_____
United States Bankruptcy Judge

DOCS-#3249741-V1