IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRASSY CREEK HOLDING COMPANY, LLC | ) ) | Case No. 09-25330 ABC Chapter 7 |
| Debtors. | ) ) | |
| _____ | ) ) | |
| HARVEY SENDER, as Chapter 7 Trustee | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary Pro. No. 10-01132-ABC |
| WEROCO, LLC, | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

Pursuant to and in accordance with the Order Granting Motion for Entry of Default and Default Judgment dated June 15th, 2010, by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, it is

**ORDERED and ADJUDGED** that judgment is hereby entered in favor of Plaintiff Harvey Sender, as Chapter 7 Trustee, and against Defendant Weroco, LLC, on Plaintiffs' Complaint. In connection with the foregoing, it is hereby

**ORDERED AND ADJUDGED** that the transfer of an oil and gas lease dated September 21, 2008 (recorded in the real estate records of Routt County, Colorado, on April 27, 2009, at Reception #686321), by Debtor Grassy Creek Holding Company LLC to Defendant Weroco, LLC, is avoided pursuant to 11 U.S.C. § 544. It is further

**ORDERED AND ADJUDGED** that the oil and gas lease is recovered and preserved for the bankruptcy estate pursuant to 11 U.S.C. §§ 550 and 551.

DATED: June 15th, 2010

FOR THE COURT:
BRADFORD L. BOLTON, CLERK

*Katherine M. Swan*
Deputy Clerk

APPROVED AS TO FORM:

*A. Bruce Campbell, Judge*